# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 69 WM 2014
:
Respondent :
:
:
:
v. :
:
:
:
ALBERT LEE HESLEY, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. <u>See</u> Pa.R.Crim.P. 122. Counsel is **DIRECTED** to file the already-prepared Petition for Allowance of Appeal within 5 days of this order.